AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>22751 El Prado, Unit 2312, Rancho Santa Margarita,<br>California 92688 | ) ) ) ) ) ) ) Case No. 2:17-MJ-00611 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the **Central** District of **California**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before **April 3, 2017** *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to **the U.S. Magistrate Judge on duty at the time of return**.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **3/20/17 @ 3:46 pm** _____
*Judge's signature*

City and state: **Los Angeles, California** **Honorable Rozella A. Oliver, U.S. Magistrate Judge**
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:17-MJ-00611 | Date and time warrant executed: 03/21/2017 - 0610 | Copy of warrant and inventory left with: Sharam Ketabchi |
|---|---|---|

Inventory made in the presence of:
HSI SA Alex Nguyen

Inventory of the property taken and name of any person(s) seized:

1 - Business documents
2 - External hard drives
   1 - Seagate
   2 - 2 WD My Passports
3 - 3 Thumb drives
   1 - "Online Trading"
   2 - 2 SanDisks
4 - Computer Tower - Gateway FX
5 - Samsung Cell phone
6 - Olympus Digital Recorder

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/21/2017

_Executing officer's signature_

Anthony Giattino, Special Agent
_Printed name and title_